# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WARREN A. FISCHER & PATRICIA A. FISCHER  
27 BARBERRY DRIVE  
CRYSTAL LAKE, IL  60014  

SSN-xxx-xx-1496 & xxx-xx-0789

Case Number: 07-72873

Case filed on: 11/27/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NORTHLAND GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UNITED COLLECTION BUR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 922.00 | 922.00 | 0.00 | 0.00 |
|  | Total Priority | 922.00 | 922.00 | 0.00 | 0.00 |
| 035 | WARREN A. FISCHER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 6,335.85 | 6,335.85 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE LLC | 163,893.85 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE HOME FINANCE | 24,028.99 | 23,838.99 | 0.00 | 0.00 |
| 004 | ILLINOIS TITLE LOANS | 500.00 | 500.00 | 0.00 | 0.00 |
|  | Total Secured | 194,758.69 | 30,674.84 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 409.67 | 409.67 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 2,477.09 | 2,477.09 | 0.00 | 0.00 |
| 011 | CENTEGRA NORTHERN ILLINOIS MED CENTER | 483.94 | 483.94 | 0.00 | 0.00 |
| 013 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITY OF CRYSTA LAKE | 7,186.67 | 7,186.67 | 0.00 | 0.00 |
| 015 | COMED CO | 4,145.21 | 4,145.21 | 0.00 | 0.00 |
| 017 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GROOT INDUSTRIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEIJER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MID AMERICA REAL ESTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PEOPLE ENERGY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SBC / AMERITECH CONSUMER BK CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | VERITAS INSTRUMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MIDLAND CREDIT MANAGEMENT INC | 152.54 | 152.54 | 0.00 | 0.00 |
| 033 | CENTEGRA HEALTH SYSTEM | 1,984.05 | 1,984.05 | 0.00 | 0.00 |
| 034 | ROUNDUP FUNDING LLC | 463.50 | 463.50 | 0.00 | 0.00 |
|  | Total Unsecured | 17,302.67 | 17,302.67 | 0.00 | 0.00 |
|  | Grand Total: | 212,983.36 | 48,899.51 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00  
Trustee Allowance:        $0.00  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan